IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-41173
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANGELO JACKSON,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:98-CR-16-2
- - - - - - - - - -

June 17, 1999

Before EMILIO M. GARZA, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

The federal public defender (FPD) appointed to represent Angelo Jackson has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Jackson has responded arguing that the district court erred in denying his motion to suppress and in sentencing him based on crack cocaine. Our independent review of counsel's brief, Jackson's response, and the record discloses no nonfrivolous issue. Accordingly, the motion for leave to withdraw is GRANTED,

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

counsel is excused from further responsibilities herein, and the

APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.